```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

**BRIAN J. ROUDABUSH,**

    **Plaintiff,**

    vs.                                **Civil Action 2:11-CV-994**
                                        **Judge Sargus**
                                        **Magistrate Judge King**

**DANIEL A. CONKRIGHT,** *et al.***,**

    **Defendants.**

## ORDER

Defendant Franklin County Agricultural Services has filed a motion to set the expert witness fee of Dr. Derek E. Stone in connection with its anticipated discovery deposition of Dr. Stone. Doc. No. 27. A copy of that motion was served on Dr. Stone, *see* Doc. No. 32, who was granted until August 21, 2012 to respond to the motion, *see Order*, Doc. No. 33.  Dr. Stone was also advised that his failure to respond to the motion "is likely to result in the grant of the motion." *Order*, Doc. No. 31. There has been no response to the motion.

Having considered the motion by reference to the standard of Fed. R. Civ. P. 26(b)(4)(E), the Court **GRANTS** the motion to set the expert witness fee, Doc. No. 27.

Dr. Stone's deposition fee is set at $500.00 per hour.

                                                    *s/   Norah McCann King*
                                                    Norah McCann King
                                                    United States Magistrate Judge

August 22, 2012